UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MATT WRIGHT<br><br>                    Plaintiff,<br><br>        v.<br><br>BUSINESS VIEW PUBLISHING, INC.<br><br>                    Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:20-cv-102-MW-GRJ** |

IT IS HEREBY NOTICED that the above case has settled and should be dismissed with prejudice with both sides bearing their own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 11, 2020

*Attorneys for Plaintiff Matt Wright*